# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA



James L. Corpening, Jr.
Chief U.S. Probation Officer

310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
919-861-8678
Fax: 919-861-5555

**DATE:** September 18, 2017

**FROM:** Maurice J. Foy
Senior U.S. Probation Officer

**SUBJECT:** SEWARD, John Wayne
Case No.: 5:14-CR-193-1BO
<u>Request for Early Termination</u>

**TO:** Terrence W. Boyle
U.S. District Judge

On June 1, 2015, pursuant to a guilty plea to Maintaining a Place for the Purpose of Manufacturing, Distributing, and Using Marijuana, John Wayne Seward appeared in United States District Court for the Eastern District of North Carolina, and was sentenced to 4 months imprisonment to be followed by 3 years supervised release.

The defendant was released from custody on November 5, 2015, and began supervision in the Eastern District of North Carolina.

He has performed satisfactorily on supervision. He has submitted to DNA testing, all drug screens have been negative, and he has been on low intensity supervision since September 2016. His term of supervision is set to expire on November 4, 2018.

The probation office is requesting early termination. The U.S. Attorney's Office was contacted regarding and they do not have any objections. Please indicate the court's preference by marking the appropriate selection below.

☑ I agree with the recommendation and have signed the enclosed Order.
☐ I disagree with the recommendation. I will reconsider in one year.
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_Terrence W. Boyle_ / _9-18-17_
Terrence W. Boyle                                      Date
U.S. District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.                                                                 Crim. No. 5:14-CR-193-1BO

JOHN WAYNE SEWARD

    On November 5, 2015, the above named was released from prison and commenced a term of supervised release for a period of 36 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Jeffrey L. Keller<br>Jeffrey L. Keller<br>Supervising U.S. Probation Officer | /s/ Maurice J. Foy<br>Maurice J. Foy<br>Sr. U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8678<br>Executed On: September 18, 2017 |

## ORDER OF COURT

    Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __19__ day of __September__, 2017.

_____
Terrence W. Boyle
U.S. District Judge